IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Daniel L. Zaborac, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 1:03-CV-1199 LJM-WTL |
| Mutual Hospital Services, Inc., an Indiana corporation, | ) ) ) ) |
|     Defendant. | ) ) |

**ORDER**

This matter coming to be heard on Plaintiff's Motion to Compel, It Is Hereby Ordered That:

Plaintiff's motion is granted. Defendant is ordered to comply with Plaintiff's discovery requests within ~~X~~ 14 days. Discovery is extended to July ~~19~~ 26, 2004.

Dated: July 19, 2004

_William T. Lawrence_
Hon. William T. Lawrence, Magistrate Judge
United States District Court
Southern District of Indiana

Please serve:
David J. Philipps
Gomolinski & Philipps, Ltd.
8855 S. Roberts Road
Hickory Hills, Illinois 60457

Steven J. Halbert
9100 Purdue Road
Quad II, Suite 100
Indianapolis, Indiana 46268

Peter A. Velde
Kightlinger & Gray
151 N. Delaware Street
Suite 600
Indianapolis, Indiana 46204